IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FELISHA CARTER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 3:23-CV-00075 |
| HARVARD MAINTENACE, INC., | ) ) ) | Judge Eli. J. Richardson Magistrate Judge Jeffery S. Frensley |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby stipulate that all claims of the Plaintiff against the Defendant in this civil action may be dismissed with prejudice, with each party to bear their own costs, because the Parties have reached an agreement

Respectfully submitted this 20th day of June, 2024.

*/s/ Jon C. Goldfarb*
Jon C. Goldfarb (ASB-5401-F58J)
L. William Smith (ASB-8660-A61S)
Christina M. Malmat (ASB 1214-Y44Q)
**WIGGINS, CHILDS, PANTAZIS, FISHER, & GOLDFARB LLC**
The Kress Building
301 19th Street North
Birmingham, AL 35203
Phone: 205-314-0500
Facsimile: 205-254-1500

Daniel Arciniegas
Arciniegas Law PLLC
256 Seaboard Lane
Suite E-105
Franklin, TN 37067
629-777-5339

*Attorneys for Plaintiff*

*/s/ Luther Wright, Jr. (with permission)*
Luther Wright, Jr., TN Bar # 017626
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Truist Plaza, Suite 1200
401 Commerce Street
Nashville, TN 37219
(615) 254-1900
(615) 254-1908 (Facsimile)
*Attorney for Defendant*

1