# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Felisha Carter

                Plaintiff,

v.                                          Case No.: 3:23−cv−00075

Harvard Maintenance, Inc.

                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 6/21/2024 re [42].

                                                    Lynda M. Hill
                                    s/ Annecia L Donigan, Deputy Clerk